UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Endo Surgical Center of North Jersey,

                Plaintiff,

  - against -

Northern New Jersey Teamsters Benefit Plan, John Doe, ABC Corp.,

                Defendants.

Case No. 2:10-CV-02732-KSH-PS

---

## STIPULATION OF SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED this 22nd day of December, 2010, that

1. Plaintiff's Complaint as against defendant Northern New Jersey Teamsters Benefit Plan shall be and is hereby dismissed, without prejudice to the Plaintiff's right to refile the action so long as Plaintiff pursues an administrative appeal with the Northern New Jersey Teamsters Benefit Plan within the time period set forth herein; and is further agreed that

2. Plaintiff has 60 days from the date of dismissal in which to file an administrative appeal with Northern New Jersey Teamsters Benefit Plan for payment of the outstanding claim for payment of medical bills.

3. If Plaintiff does not file an administrative appeal within 60 days from the date of dismissal, Northern New Jersey Teamsters Benefit Plan may dismiss the appeal as time-barred under the terms of the Plan.

Dated: December 22, 2010

By: __/s/ Andrew R. Bronsnick_____
      Andrew R. Bronsnick

By: __/s/__ Lisa M. Gomez _____
      Lisa M. Gomez

Joseph A. Massood
Attorney at Law

| | |
|---|---|
| Patricia Howlett | Claire K. Tuck |
| Joseph A. Massood | COHEN, WEISS AND SIMON LLP |
| LAW OFFICES OF JOSEPH A. MASSOOD | 330 West 42nd Street - 25th Floor |
| 50 Packanack Lake Road East | New York, NY 10036 |
| Wayne, NJ 07470 | (212) 563-4100 |
| (973) 696-1900 | Attorneys for Defendant |
| Attorneys for Plaintiff | |

SO ORDERED.

_____

f:\wp51\majormed\endo\chowdhury\stip of settlement.doc